

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

*Joseph F. Weis Jr. U.S. Courthouse*
*700 Grant Street*
*Suite 4000*
*Pittsburgh, Pennsylvania 15219*              *412/644-3500*

August 14, 2024

Brandy S. Lonchena
Clerk of Court
Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street, Suite 3110
Pittsburgh, Pennsylvania 15219

Re: United States of America v. $473,333.00 In United States Currency
Civil Action No. 24-cv-1149

Dear Ms. Lonchena:

Please issue the enclosed Warrant for Arrest in Action in Rem and send to Assistant U.S. Attorney, Jill L. Locnikar at Jill.Locnikar@usdoj.gov.

Thank you for your cooperation.

Very truly yours,

ERIC G. OLSHAN
United States Attorney

/s/ *Jill L. Locnikar*
Assistant U.S. Attorney
(412) 894-7429

Enclosure