IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:24cv1149 |
| $473,333.00 IN UNITED STATES CURRENCY, | ) |
| Defendants. | ) |

## **STIPULATION FOR STAY**

AND NOW comes the United States of America and Andy Ha, through counsel, and with the intent to be legally bound hereby do stipulate and agree as follows:

1. Andy Ha acknowledges service of the Complaint and Warrant of Arrest by acceptance of service by his counsel, Michael J. Machen, Esquire.

2. This civil forfeiture action shall be stayed until the conclusion of the related criminal investigation, including, without limitation: (1) the duty of Andy Ha to file a claim and answer in the event that he wishes to contest this action; and (2) the duty of the United States to serve any other potential claimants. The United States will notify the Court upon conclusion of the related criminal investigation.

3. The United States may advertise this action in accordance with federal asset forfeiture law.

4. The Clerk of Court shall administratively close this case.

WHEREFORE, the United States respectfully requests this Honorable Court to approve this stipulation to stay the above-captioned civil forfeiture action until the conclusion of the related criminal investigation.

Consented and agreed to this \_\_30th\_\_ day of \_\_August\_\_, 2024:

UNITED STATES OF AMERICA

ERIC G. OLSHAN
United States Attorney

/s/ Jill L. Locnikar
JILL L. LOCNIKAR
Assistant United States Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
PA ID No. 85892(AFF)

/s/ Michael J. Machen
MICHAEL J. MACHEN, Esquire
Attorney for Andy Ha

2