IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 2:24-cv-1149 |
|  | ) |  |
| $473,333.00 IN UNITED STATES CURRENCY, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

AND NOW, this 13th day of September, 2024, it is hereby ORDERED that the foregoing Stipulation (ECF 4) is APPROVED, and that this civil action is stayed until the conclusion of the related criminal investigation, including without limitation: (1) the duty of Andy Ha to file a claim and answer in the event that he wishes to contest this action; and (2) the duty of the United States to serve any other potential claimants. The United States may advertise this action in accordance with federal forfeiture law. The United States shall notify the Court upon conclusion of the criminal investigation.

It is further ORDERED that this case be administratively closed.

                                           s/ J. Nicholas Ranjan_____
                                           United States District Judge